# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129836

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TRAVIS ALLEN BULMER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129836
COA: 261200
Eaton CC: 99-020353-FC

On order of the Court, the application for leave to appeal the September 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

s0424

_____
Clerk